# EXHIBIT A

**CERTIFICATION**

Palm Harbor Special Fire Control & Rescue District Firefighters' Pension Plan ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Plaintiff's Class Period purchase and sale transactions in the First Solar, Inc. securities that are the subject of this action are attached in Schedule A.

4. Plaintiff has full power and authority to bring suit to recover for the investment losses listed in the attached Schedule A.

5. Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Cathy Wagner, Chairman of the Board of Trustees of Palm Harbor Special Fire Control & Rescue District Firefighters' Pension Plan, am authorized to make legal decisions on Plaintiff's behalf.

7. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February 2022.

**Palm Harbor Special Fire Control & Rescue District Firefighters' Pension Plan**

By: ______________________________

Cathy Wagner
*Chairman of the Board of Trustees*

**SCHEDULE A**

| **Security** | **Buy/Sell** | **Date** | **Quantity** | **Price** |
|---|---|---|---|---|
| Common Stock | BUY | 8/2/2019 | 10,000 | $66.82 |
| Common Stock | BUY | 11/20/2019 | 2,800 | $55.03 |
| Common Stock | SELL | 2/13/2020 | 12,800 | $54.67 |

**CERTIFICATION**

I, James R. Klein, as Administrator of Greater Pennsylvania Carpenters' Pension Fund ("GPCPF"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of GPCPF. I have reviewed a complaint filed against First Solar, Inc. ("First Solar"), alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2. GPCPF did not purchase First Solar common stock at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. GPCPF is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. GPCPF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4. GPCPF's transactions in First Solar common stock during the Class Period are reflected in Exhibit A, attached hereto;

5. GPCPF sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*Flynn v. Exelon Corporation*, No. 1:19-cv-8209 (N.D. Ill.)
*Koffsmon v. Green Dot Corporation*, No. 2:19-cv-10701 (C.D. Cal.)
*Sheet Metal Workers' National Pension Fund v. Bayer Aktiengesellschaft*, No. 3:20-cv-4737 (N.D. Cal.)

6. Beyond its pro rata share of any recovery, GPCPF will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 7th day of March, 2022.

James R. Klein
*Administrator*
*Greater Pennsylvania Carpenters' Pension Fund*

**EXHIBIT A**

**TRANSACTIONS IN FIRST SOLAR INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 3/11/2019 | 1,145.00 | $53.02 | ($60,707.90) |
| Purchases | 3/12/2019 | 597.00 | $53.81 | ($32,124.57) |
| Purchases | 3/13/2019 | 961.00 | $54.61 | ($52,480.21) |
| Purchases | 4/10/2019 | 851.00 | $60.12 | ($51,162.12) |
| Purchases | 5/6/2019 | 496.00 | $59.88 | ($29,700.48) |
| Purchases | 5/7/2019 | 36.00 | $60.19 | ($2,166.84) |
| Purchases | 5/8/2019 | 451.00 | $60.71 | ($27,380.21) |
| Purchases | 6/6/2019 | 887.00 | $61.42 | ($54,479.54) |
| Purchases | 8/5/2019 | 775.00 | $61.53 | ($47,685.75) |
| Purchases | 8/6/2019 | 643.00 | $62.68 | ($40,303.24) |
| Sales | 9/23/2019 | -162.00 | $67.44 | $10,925.28 |
| Sales | 9/23/2019 | -150.00 | $68.04 | $10,206.00 |
| Sales | 9/24/2019 | -113.00 | $65.57 | $7,409.41 |
| Purchases | 9/30/2019 | 710.00 | $57.73 | ($40,988.30) |
| Purchases | 10/22/2019 | 488.00 | $56.13 | ($27,391.44) |
| Purchases | 10/24/2019 | 533.00 | $55.66 | ($29,666.78) |
| Purchases | 11/15/2019 | 556.00 | $53.52 | ($29,757.12) |
| Purchases | 1/7/2020 | 529.00 | $56.87 | ($30,084.23) |
| Purchases | 1/15/2020 | 685.00 | $53.84 | ($36,880.40) |