# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Pontiac General Employees Retirement System,<br><br>Plaintiff,<br><br>v.<br><br>First Solar Incorporated, et al.,<br><br>Defendants. | No. CV-22-00036-PHX-MTL<br><br>**ORDER** |

The Court has reviewed the Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. 8) filed by Palm Harbor Special Fire Control & Rescue District Firefighters' Pension Plan and Greater Pennsylvania Carpenters' Pension Fund. The motion is unopposed. (*See* Doc. 10.) Good cause appearing,

**IT IS ORDERED granting** the Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Doc. 8).

**IT IS FURTHER ORDERED** that:

a. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Palm Harbor Special Fire Control & Rescue District Firefighters' Pension Plan and Greater Pennsylvania Carpenters' Pension Fund are appointed to serve as Lead Plaintiff in the above-captioned action.

b. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Palm Harbor Special Fire Control & Rescue District Firefighters' Pension Plan and Greater Pennsylvania Carpenters' Pension Fund's selection of Kessler Topaz Meltzer & Check, LLP and Labaton Sucharow LLP as Lead Counsel for the class, and Bonnett Fairbourn Friedman & Balint, PC as

Liaison Counsel for the class, is approved. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities:

      i. to brief and argue motions;

      ii. to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

      iii. to direct and coordinate the examination of witnesses in depositions;

      iv. to act as spokesperson at pretrial conferences;

      v. to initiate and conduct any settlement negotiations with defendants' counsel;

      vi. to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

      vii. to consult with and employ experts; and

      viii. to perform such other duties as may be expressly authorized by further order of this Court.

    c. No motions, requests for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff on behalf of the class or putative class without the approval of Lead Counsel.

    Dated this 25th day of April, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge