# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Pontiac General Employees Retirement System, et al., <br><br> Plaintiffs, <br><br> v. <br><br> First Solar Incorporated, et al., <br><br> Defendants. | No. CV-22-00036-PHX-MTL <br><br> **ORDER** |

For the reasons stated in the Court's Order issued on June 23, 2023 (Doc. 43),

**IT IS ORDERED** that the Clerk of Court shall enter judgment in favor of Defendants.

Dated this 14th day of July, 2023.

Michael T. Liburdi
United States District Judge