# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Pontiac General Employees Retirement System, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>First Solar Incorporated, et al.,<br><br>Defendants. | NO. CV-22-00036-PHX-MTL<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 23, 2023, judgment is entered in favor of Defendants and against Plaintiff. Plaintiff to take nothing, and the Second Amended Complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

July 14, 2023

By   s/ S. Ferdig
     Deputy Clerk